[None]

## UNITED STATES
## v.
## BOARDS, PLANKS AND SHINGLES CLAIMED BY
## BISSELL & FITCH

1805

### Journal Entries

1. Libel filed; proclamation; claim . . . . . *Journal, infra,* \*p. 3
2. Bond filed; answer filed . . . . . . . . . " 5
3. Replication filed; rejoinder; evidence taken . . . . " 7
4. Evidence concluded; case argued . . . . . . " 7
5. Opinion, judgment and decree . . . . . . . " 9

### Papers in File

1. Libel . . . . . . . . . . . . . . . *Printed in Vol. 2*
2. Answer and claim . . . . . . . . . . . "
3. Replication . . . . . . . . . . . . . "

4. Deposition of Luther Cooley . . . . . . . . . *Printed in Vol. 2*

5. Testimony of Joseph Wilkinson, Ebenezer Green, William McDowell Scott, Ephraim Town, John Gentle, Isaac Bissell, John Dodemead, Ben Chittenden, Abraham Cook, John Watson and John Robinson . "

6. Draft of opinion, judgment and decree . . . . . . . . . . .